1014

June 24, 1996

No. 95–1681.  Louisiana et al. *v.* Hays et al.;
No. 95–1682.  Louisiana Legislative Black Caucus et al.
*v.* Hays et al.; and
No. 95–1710.  United States *v.* Hays et al.  Appeals from
D. C. W. D. La. dismissed as moot.  Justice Stevens dissents.

No. 95–378.  Voinovich, Governor of Ohio, et al. *v.*
Quilter, Speaker Pro Tempore of Ohio House of Repre-
sentatives, et al.  Appeal from D. C. N. D. Ohio.  Judgment
vacated, and case remanded for further consideration in light of
*Bush* v. *Vera,* 517 U. S. 952 (1996), and *Shaw* v. *Hunt,* 517 U. S.
899 (1996).

No. 95–830.  Reno, Attorney General of the United
States *v.* Doe, by Lavery, Executor of His Estate.  C. A.
9th Cir.  Certiorari granted, judgment vacated, and case re-
manded for further consideration in light of *Lane* v. *Peña, ante,*
p. 187.

No. 95–6636.  Rybicki *v.* United States.  C. A. 4th Cir.  Mo-
tion of petitioner for leave to proceed *in forma pauperis* granted.
Certiorari granted, judgment vacated, and case remanded for fur-
ther consideration in light of *Koon* v. *United States, ante,* p. 81.

No. 95–8431.  Cuellar *v.* United States.  C. A. 5th Cir.
Motion of petitioner for leave to proceed *in forma pauperis*
granted.  Certiorari granted, judgment vacated, and case re-
manded for further consideration in light of *Bailey* v. *United
States,* 516 U. S. 137 (1995).

No. 95–8563.  Edwards *v.* United States.  C. A. 7th Cir.
Motion of petitioner for leave to proceed *in forma pauperis*
granted.  Certiorari granted, judgment vacated, and case re-
manded for further consideration in light of *Rutledge* v. *United
States,* 517 U. S. 292 (1996).